FILED
D5Y

2011 JUL -5 PM 3: 09

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:11-CV- 659 -J-32MCR

GLENDA S. BALLINGER,

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.

_____ /

## COMPLAINT

Plaintiff, **GLENDA S. BALLINGER**, sues Defendant, **UNITED STATES OF AMERICA**, and alleges:

1. This is an action for damages pursuant to 28 USCS §2401 that exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material to this action, Plaintiff, **GLENDA S. BALLINGER**, was a natural person residing in Jacksonville, Duval County, Florida.

3. At all times material to this action, Defendant, **UNITED STATES OF AMERICA**, maintained an agency known as the United States Postal Service.

4. Plaintiff, **GLENDA S. BALLINGER**, has complied with and exhausted the administrative remedies and requirements of the Federal Tort Claims Act. See Composite Exhibit "A" attached hereto.

5.     On or about July 3, 2009, Plaintiff, **GLENDA S. BALLINGER**, was in a motor vehicle traveling on Parental Home Road in Jacksonville, Duval County, Florida.

6.     At that time and place, Defendant's vehicle was traveling behind Plaintiff's vehicle on Parental Home Road in Jacksonville, Duval County, Florida.

7.     Defendant's employee, George R. Jones, was operating and driving the motor vehicle with the permission and consent of its owner, Defendant, **UNITED STATES OF AMERICA**.

8.     At that time and place, Defendant's employee negligently operated and/or maintained the motor vehicle so that it struck Plaintiff.

9.     Defendant is vicariously liable for the negligence of its employee in the course and scope of his employment at the time of the accident.

10.    As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, **GLENDA S. BALLINGER**, demands judgment for damages against Defendant, **UNITED STATES OF AMERICA**, and other such relief deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 5th day of July, 2011.

MORGAN & MORGAN, P.A.

DONNY A. OWENS, ESQUIRE
Florida Bar No.: 0347700
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone:    (904) 398-2722
Facsimile:    (904) 366-7677 or 366-7678
Email: dowens@forthepeople.com
Counsel for Plaintiff

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit To** U.S. POSTAL SERVICE
TORT CLAIMS COORDINATOR
P.O. BOX 40005
JACKSONVILLE, FL 32203-0005

**2. Name, Address of claimant and claimant's personal representative, if any.** *(See instructions on reverse.) (Number, street, city, State and Zip Code)*
Morgan & Morgan
76 S. Laura St. St 1100
Jacksonville, Fl. 32202

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT 7/3/2009 | 7. TIME (A.M. OR P.M.) 2:42 |
|---|---|---|---|---|

**8. Basis of Claim** *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)*

Claimant was traveling Northbound on Parental Home Road in Jacksonville, Florida when she was rear ended by United States Mail Service employee, George R. Jones.

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)* Claimants carrier, Geico repaired damage to left rear of Claimants vehicle.

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

C5-6 Disc protrusion - 1.5 mm
C6-7 & C3-4 1mm disc protrusions.
Mild reversal of the normal cervical lordosis.

**11.** WITNESSES

| NAME | ADDRESS *(Number, street, city, State, and Zip Code)* |
|---|---|
| | |

*(See instructions on reverse)*

**AMOUNT OF CLAIM** *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| $2,100.00 | $250,000.00 | ∅ | $252,100.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM 4/14/2010 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

PRINTED ON RECYCLED PAPER

EXHIBIT "A"

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal ████████████████████ is to be used in evaluating claims.
C. Routin ████████████████████ Records for the agency to whom you are submitting this form for routine information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

### INSURANCE COVERAGE

15. Do you carry accident insurance? ☑ Yes, if yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No

Geico, PO Box 9091, Macon GA 31208
Policy # 4069913202   Claim No. 0373922270101057

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?
Yes - Deductible.

17. If deductible, state amount $1,000.00

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)
Paid PIP Claims.

19. Do you carry public liability and property damage insurance? ☐ Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☑ No

SF 95 (Rev. 7-85) BACK



LAW DEPARTMENT
NATIONAL TORT CENTER

 UNITED STATES
POSTAL SERVICE

August 18, 2010

VIA FAX: (904) 398-2334

John M. Phillips
Morgan & Morgan
76 S. Laura St., Ste 1100
Jacksonville, FL 32202-3233

Re:   Your Client:       Glenda S. Ballinger
      Date of Incident:  July 3, 2009
      USPS Case #:       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B

Dear Mr. Phillips:

Please be advised that the administrative claim filed on behalf of above referenced
claimants with the United States Postal Service on April 20, 2010 has been assigned
to our office for adjudication.

We intend to adjudicate this claim as soon as possible, but be aware that by Statute,
the Postal Service has six months from April 20, 2010 in which to adjudicate your
claim. Should you have any additional information you wish to submit that would be
helpful in our review of this matter, kindly forward same to my attention at the National
Tort Center, United States Postal Service, P. O. Box 66640, St. Louis, Missouri
63141-0640.

Please contact me should you have any questions.

Sincerely,

William D. Glenn

William D. Glenn
Tort Claims Examiner/Adjudicator
Phone (314) 872-5166
Fax (314) 872-5193

cc:   Cheryl R. Hendon
      Tort Claim Coordinator
      File No. 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B

P. O. BOX 66640
ST. LOUIS, MO 63141-0640
TEL: 314/872-5120
FAX: 314/872-5193

# MORGAN & MORGAN®

## —— Attorneys At Law ——

SUITE 1100
76 SOUTH LAURA STREET
JACKSONVILLE, FL 32202-3433
(904) 398-2722
FAX: (904) 366-7677
FAX: (904) 366-7678

June 17, 2011

(101952)      ___91 7199 9991 7030 2570 8066___
CERTIFIED MAIL
United States Postal Service
Tort Claim Corrdinator
P.O. Box 40005
Jacksonville, FL 32203-0005

(101952)      ___91 7199 9991 7030 2570 8059___
CERTIFIED MAIL
United States Postal Service
Law Department
National Tort Center
Attention: William Glenn
P.O. Box 66640
St. Louis, MO 63141-0640

Re:    Ballinger, Glenda v. USPS
       D/A:   7/3/2009

To Whom It May Concern:

Please find enclosed the executed Form 95 and surgical recommendation from Dr. Krishna Parchuri, regarding our client, Glenda Ballinger. Should you have any further questions, please feel free to contact my paralegal, Christina Medrano, at (904) 398-2722 and/or cmedrano@forthepeople.com.

Very truly yours,

Donny A. Owens
DAO/jll/mtt
Enclosures

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)* |
|---|---|
| U.S. Postal Service<br>Tort Claim Coordinator<br>P.O. Box 40005<br>Jacksonville, FL 32203-0005 | Morgan & Morgan<br>76 South Laura St. Ste 1100<br>Jacksonville, Florida 32202 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN ▓▓▓ | ▓▓▓ | Married | ▓▓▓ Friday | 2:42 |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

Claimant was traveling Northbound on parental home Road in Jacksonville, Florida when she was rear-ended by United States Mail Service employee, George R. Jones

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)* Claimants carrier, geico repared damage to left rear of claimant's vehicle.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

C5-6 Disc protrusion - 1.5mm; anterior cervical disectomy = fusion
C6-7 & C3-4 Disc Protrusion
Mild reversal of the normal cervical lordosis

| 11. | | WITNESSES | |
|---|---|---|---|
| NAME | | ADDRESS *(Number, street, city, State, and Zip Code)* | |
| | | | |

| 12. *(See instructions on reverse)* | | AMOUNT OF CLAIM *(In dollars)* | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* | |
| $ 2,100.00 | $5,000,000.00 | ⊘ | $5,000,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *Linda S. Ballew* | ▓▓▓ | 6/13/11 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |

| 95-109<br>*Previous editions not usable.* | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85) (EG)<br>*PRESCRIBED BY DEPT. OF JUSTICE*<br>28 CFR 14.2 |
|---|---|---|

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS
### Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,
to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☑ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number.   ☐ No

Geico, P.O. Box 9091, Macon, GA 31208
Policy # 4069913202   Claim# 0303922270101057

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

Yes- Deductible

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

Paid PIP Claims

19. Do you carry public liability and property damage insurance?  ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)*   ☐ No

SF 95 (Rev. 7-85) BACK

 **UNITED STATES POSTAL SERVICE**

# Track & Confirm

## Search Results

Label/Receipt Number: 9171 9999 9170 3025 7080 66
Class: **First-Class Mail®**
Service(s): **Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 10:08 am on June 21, 2011 in JACKSONVILLE, FL 32203.

Detailed Results:

- **Delivered, June 21, 2011, 10:08 am, JACKSONVILLE, FL 32203**
- **Notice Left, June 21, 2011, 6:44 am, JACKSONVILLE, FL 32203**
- **Arrival at Unit, June 21, 2011, 6:44 am, JACKSONVILLE, FL 32203**
- **Processed through Sort Facility, June 19, 2011, 3:36 am, JACKSONVILLE, FL 32203**

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

**Return Receipt (Electronic)**

Verify who signed for your item by email.    Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA


**UNITED STATES POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **9171 9999 9170 3025 7080 59**
Class: **First-Class Mail**®
Service(s): **Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 11:08 am on June 21, 2011 in SAINT LOUIS, MO 63141.

Detailed Results:

- **Delivered, June 21, 2011, 11:08 am, SAINT LOUIS, MO 63141**
- **Arrival at Unit, June 21, 2011, 6:20 am, SAINT LOUIS, MO 63141**
- **Processed through Sort Facility, June 20, 2011, 11:57 pm, SAINT LOUIS, MO 63155**

Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

### Return Receipt (Electronic)

Verify who signed for your item by email.   Go >

Track & Confirm

Enter Label/Receipt Number.

_____

Go >

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA