**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

GLENDA S. BALLINGER,

    Plaintiff,

v.                                          Case No. 3:11-cv-659-J-32MCR

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

On November 10, 2011, this Court entered an Order requiring plaintiff to demonstrate no later than November 30, 2011 that she had either served defendant or to explain why she has failed to do so (Doc. 4).  The Court advised that failure to timely respond would lead to dismissal of this case for failure to prosecute without further notice.  Plaintiff has failed to file any response.  Accordingly, this case is **dismissed without prejudice** for failure to prosecute pursuant to Local Rule 3.10.  The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 6th day of December, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies:
Counsel of Record